UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR JEROME JENKINS,
    Plaintiff,

vs.                                    Case No.:  3:20cv5595/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

### REPORT AND RECOMMENDATION

Plaintiff commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  On October 16, 2020, the court entered an order directing Plaintiff to file an amended civil rights complaint within thirty days (ECF No. 8).  The court notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 5).  At Plaintiff's request, the court subsequently extended the deadline to December 16, 2020 (*see* ECF Nos. 11, 12).

Plaintiff did not file an amended complaint by the extended deadline; therefore, on January 4, 2021, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 13).  The court notified Plaintiff that his failure to comply with the show cause order would result in a recommendation

of dismissal of this case (*see id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of February 2021.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5595/MCR/EMT