UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR JEROME JENKINS,

    Plaintiff,

v.                                                CASE NO. 3:20cv5595-MCR-EMT

ESCAMBIA COUNTY JAIL, et al.,

    Defendants.

_____/

**O R D E R**

The chief magistrate judge issued a Report and Recommendation on February 8, 2021. ECF No. 14. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 15th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**